IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID WARNER,

    Plaintiff,

v.                                                                                         12-CV-627 GBW

VILLAGE OF RUIDOSO, DAN
BRYANT, FNU NELSON, and
JONAS WADE PROCTOR,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Proceed in forma pauperis. *Doc. 2.* "In order to succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees, as well as the existence of a reasoned, non-frivolous argument on the law and facts in support of the issues raised in the action." *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (citation omitted). Section 1915(a)(1) applies to all plaintiffs seeking IFP status. *Id.; see also Griffin v. Zavaras*, 336 Fed. App'x 846, 849 n.2 (10th Cir. 2009). Plaintiff's Complaint asserts a non-frivolous argument on the law, and his motion evidences his inability to pay the filing fee. As such, I find the motion well-taken.

Wherefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Proceed in forma pauperis, (*doc. 2*), is GRANTED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE